IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BRIAN SAMSON, on behalf of himself And other similarly situated employees, <br><br> Plaintiff, <br><br> v. <br><br> THE CARLYLE GROUP, L.P., <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-02124-GK ) ) ) ) ) ) |

[PROPOSED] ORDER

Upon consideration of the parties Joint Motion to Approve Settlement and Dismiss the Complaint and Counterclaims with Prejudice, the arguments of counsel, and the entire record herein, it is hereby:

ORDERED that the motion is GRANTED; and it is further

ORDERED that the Court approves the parties' settlement as fair and reasonable.

ORDERED the Complaint and all claims contained therein are dismissed with prejudice; and it is further

ORDERED that the Defendant's counterclaims are dismissed with prejudice.

SO ORDERED THIS 22nd DAY OF January, 2015.

_____
Gladys Kessler
United States District Judge

18804961v.4